UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | CASE NO. C18-1234-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE AMERICAN BOTTLING COMPANY, d/b/a DR. PEPPER SNAPPLE GROUP, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 16). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 18th day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk